UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIGEL FREDRICKS,<br><br>                Plaintiff,<br><br>     -against-<br><br>CORRECTION OFFICER JOHN DOE;<br>CORRECTION OFFICER JOHN DOE;<br>CORRECTION OFFICER JOHN DOE;<br>CAPTAIN OFFICER JANE DOE; MEDICAL<br>PROFESSIONAL DOCTOR JOHN DOE,<br><br>             Defendants. | 1:21-CV-8389 (JPO)<br><br>VALENTIN ORDER |

J. PAUL OETKEN, United States District Judge:

Plaintiff, currently held in the George R. Vierno Center ("GRVC") on Rikers Island,
brings this *pro se* action against unidentified "John Doe" and "Jane Doe" GRVC correction and
medical staff members, seeking damages. The Court construes Plaintiff's complaint as asserting
claims under 42 U.S.C. § 1983 and under state law.

By order dated November 29, 2021, the Court granted Plaintiff's request to proceed
without prepayment of fees, that is, *in forma pauperis* (IFP).[1] For the reasons set forth below, the
Court directs the New York City Law Department and NYC Health + Hospitals to provide to
Plaintiff and the Court the identities and, if appropriate, badge numbers of the defendants.

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court
in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies
sufficient information to permit the New York City Department of Correction ("DOC") and NYC
Health + Hospitals to identify the defendants. The defendants include: (1) those DOC correction

---

[1] Prisoners are not exempt from paying the full filing fee, even when they have been
granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

staff members who were assigned to the GRVC on September 18, 2021, and who were present in the GRVC's 7B housing unit on that date while Plaintiff was being assaulted by other prisoners in that housing unit; (2) those DOC correction staff members who were assigned to the GRVC on September 18, 2021, and who were involved in using force against Plaintiff on that date; and (3) the physician or other health-care professional who was assigned to the GRVC's clinic on September 18, 2021, and who interviewed Plaintiff upon Plaintiff's arrival at the clinic on that date. It is therefore ordered that the New York City Law Department, which represents the DOC, as well as NYC Health + Hospitals, must ascertain the identity and, if appropriate, badge number of each defendant whom Plaintiff seeks to sue here and the address where each defendant may be served.[2] The New York City Law Department and NYC Health + Hospitals must provide this information to Plaintiff and the Court within 60 days of the date of this order.

Within 30 days of receiving this information, Plaintiff must file an amended complaint naming the newly identified individuals (including badge numbers, if appropriate) as defendants. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order requesting that the defendants who are or were employees of the DOC waive service of summons, and directing service on any defendants who are or were employees of NYC Health + Hospitals.

---

[2] If a defendant is a current or former DOC employee or official, the New York City Law Department should note in the response to this order that an electronic request for a waiver of service can be made under the e-service agreement for cases involving DOC defendants, rather than by personal service at a DOC facility. If a defendant is not a current or former DOC employee or official, but otherwise works or worked at a DOC facility, the New York City Law Department or NYC Health + Hospitals must provide a residential address where the individual may be served.

**CONCLUSION**

The Court directs the New York City Law Department and NYC Health + Hospitals to provide to Plaintiff and the Court the identities and, if appropriate, badge numbers of the defendants within 60 days of the date of this order. The Court grants Plaintiff 30 days from the date he is informed of the identities and, if appropriate, badge numbers of the defendants to file an amended complaint in which he names those newly identified individuals as defendants (using both their names and badge numbers, if appropriate). An amended complaint form is attached to this order for Plaintiff's convenience.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to mail a copy of this order to Plaintiff, together with an information package.

The Court also directs the Clerk of Court to mail a copy of this order and the complaint to: (1) the New York City Law Department, at 100 Church Street, New York, New York 10007; and (2) NYC Health + Hospitals, at its Office of Finance and Risk Management, 55 Water Street, 18th Floor, New York, New York 10041.

SO ORDERED.

Dated:   December 1, 2021
       New York, New York

                              J. PAUL OETKEN
                         United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.


-against-

_____

_____

_____

_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

_____CV_____
(Include case number if one has been assigned)

**AMENDED**

**COMPLAINT**

(Prisoner)

Do you want a jury trial?
☐ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐  Violation of my federal constitutional rights

☐  Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

First Name                    Middle Initial                    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Current Place of Detention

Institutional Address

County, City                                 State                         Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee
☐  Convicted and sentenced prisoner
☐  Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name                          Last Name                              Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                                    State                          Zip Code

Defendant 2:

First Name                          Last Name                              Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                                    State                          Zip Code

Defendant 3:

First Name                          Last Name                              Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                                    State                          Zip Code

Defendant 4:

First Name                          Last Name                              Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                                    State                          Zip Code

## V.      STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

_____

_____

_____

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | Plaintiff's Signature |
|---|---|

| First Name | Middle Initial | Last Name |
|---|---|---|

Prison Address

| County, City | State | Zip Code |
|---|---|---|

Date on which I am delivering this complaint to prison authorities for mailing: _____