UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREDERICKS,

                Plaintiff,

-v-

CORRECTION OFFICER JOHN DOE et al.,

                Defendant.

21-CV-8389 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court is in receipt of Plaintiff's change of address (Dkt. 15), as well as Defendants' request for an extension of time to respond to the Court's *Valentin* order until 45 days after Defendant returns his medical release forms (Dkt. 13, granted at Dkt. 14). In light of these motions, and to ensure that Plaintiff has received the necessary medical release forms, Defendants are hereby ordered to re-send the medical release forms to Plaintiff's updated address (*see* Dkt. 15), if they have not already done so.

    Plaintiff is hereby directed to complete and return the medical release forms within 21 days of receipt.

    SO ORDERED.

Dated: July 7, 2022
       New York, New York

                                            _____
                                               J. PAUL OETKEN
                                             United States District Judge