UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL FREDERICKS,
                   Plaintiff,

        -v-

CORRECTION OFFICER JOHN DOE *et al.*,
                   Defendants.

21-CV-8389 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendants have now complied with the Court's *Valentin* order, and provided the names, shield numbers, and service addresses of the John Doe and Jane Doe officers identified in Plaintiff's original complaint, as well as the name and service address of the John Doe physician. *See* Dkt. Nos. 13, 20.

    Plaintiff is hereby granted leave to file an amended complaint naming the identified individuals. Plaintiff is directed to file an amended complaint no more than 30 days after receipt of this Order.

    The Clerk of Court is hereby directed to mail a copy of this Order, as well as a copy of this Court's original *Valentin* order and the attached amended complaint form (*see* Dkt. No. 7), Defendant's *Valentin* responses as Dkt. Nos. 13 and 20, to the Plaintiff at his most recent address. (*See* Dkt. No. 21.)

    SO ORDERED.

Dated: January 17, 2023
       New York, New York

                                                    J. PAUL OETKEN
                                            United States District Judge