UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL V. FREDRICKS,

                 Plaintiff,

       -v-

CORRECTION OFFICER JOHN DOE *et al.*,

                Defendants.

21-CV-8389 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

       Following Defendants' compliance with this Court's Valentin order, the Court directed Plaintiff in an order issued on January 17, 2023 to file an amended complaint replacing the "John Doe" individuals named in his complaint with their names no less than 30 days after receipt of that order. That order was mailed to the Plaintiff on January 18, 2023. To date, Plaintiff has not filed an amended complaint.

       If Plaintiff does not file an amended complaint, or notify the Court of good cause for his delay, by August 1, 2023, this case will be dismissed for failure to prosecute.

       The Clerk of Court is directed to mail a copy of this order to Plaintiff's last known address.

       SO ORDERED.

Dated: June 23, 2023
      New York, New York

                                    J. PAUL OETKEN
                            United States District Judge