UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL V. FREDRICKS,

                         Plaintiff,

            -against-

CORRECTION OFFICER JOHN DOE, et al.,

                         Defendants.

21-CV-08389 (JGLC)

**NOTICE OF
REASSIGNMENT**

JESSICA G. L. CLARKE, United States District Judge:

This case has been reassigned to the undersigned. Unless and until the Court orders

otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's

reassignment, except that any currently scheduled conference or oral argument before the Court is

adjourned pending further order of the Court. **All counsel must familiarize themselves with the**

**Court's Individual Rules and Practices, which are available at**

**https://nysd.uscourts.gov/hon-jessica-g-l-clarke.**

Plaintiff is reminded that Plaintiff must file an amended complaint or notify the Court of

good cause for his delay by **August 1, 2023.**

The Clerk of Court is directed to mail a copy of this order to Plaintiff's last known

address.

Dated: July 21, 2023
      New York, New York

                                    SO ORDERED.

                                    JESSICA G. L. CLARKE
                                    United States District Judge