UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL V. FREDRICKS,

                Plaintiff,

-against-

CORRECTION OFFICER JOHN DOE, et al.,

                Defendants.

21-CV-8389 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge

    Following Defendants' compliance with this Court's *Valentin* order, on January 17, 2023, the Court directed Plaintiff to file an amended complaint replacing the "John Doe" individuals named in his Complaint with their names no less than 30 days after receipt of that order. ECF No. 22. On June 23, 2023, the Court directed Plaintiff to file an amended complaint, or notify the Court of good cause for his delay, by August 1, 2023, ECF No. 23, and issued a reminder of the same on July 21, 2023, ECF No. 24. On August 8, 2023, the Court directed Plaintiff to file an amended complaint, or notify the Court of good cause for his delay, by August 25, 2023. ECF No. 25. To date, Plaintiff has not filed an amended complaint.

    On August 25, 2023, the Court was notified that ECF No. 25, which the Court directed to be mailed to Plaintiff, was returned to sender. Plaintiff last filed a change of address on December 12, 2022, indicating that he was incarcerated at Marcy Correctional Facility. ECF No. 21. However, based on a public lookup of incarcerated persons, it appears that Plaintiff is currently incarcerated at Great Meadow Correctional Facility. Thus, it appears that Plaintiff has not received the Court's order at ECF No. 25.

As such, it is hereby ORDERED that Plaintiff file an amended complaint, or notify the Court of good cause for his delay, by **September 29, 2023.** It is further ORDERED that Plaintiff update his address with the Court.

The Clerk of Court is directed to mail a copy of this order along with ECF Nos. 22–25 and a copy of the docket to Plaintiff at Great Meadow Correctional Facility.

Dated:  August 28, 2023
        New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge