UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL V. FREDRICKS,

                                    Plaintiff,

            -against-                                          21-CV-8389 (JGLC)

CORRECTION OFFICER JOHN DOE, et al.,                          **ORDER**

                                    Defendants.

JESSICA G. L. CLARKE, United States District Judge

 On October 11, 2023, the Court directed Plaintiff to file an amended complaint, or notify the Court of good cause for his delay, by October 31, 2023. *See* ECF No. 28. On October 24, 2023, the Court was notified that ECF No. 28, which the Court directed to be mailed to Plaintiff, was returned to sender.

 Accordingly, the deadline for Plaintiff to file an amended complaint, or notify the Court of good cause for his delay, is EXTENDED to **November 21, 2023**. If Plaintiff does not file an amended complaint, or notify the Court of good cause for his delay, by **November 21, 2023**, this case will be dismissed for failure to prosecute.

 The Clerk of Court is directed to mail a copy of this order to Plaintiff's last known address, Great Meadow Correctional Facility, Box 51, Comstock, New York, 12821.

Dated: October 30, 2023
   New York, New York

                                    SO ORDERED.

                                    *Jessica Clarke*

                                    JESSICA G. L. CLARKE
                                    United States District Judge