UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIGEL V. FREDRICKS,<br><br>                              Plaintiff,<br><br>-against-<br><br>CORRECTION OFFICER JOHN DOE, et al.,<br><br>                              Defendants. | 21-CV-8389 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge

The Court is in receipt of Plaintiff's letter indicating that the names of the Defendants were not provided to him. *See* ECF No. 30. Defendants have complied with the Court's *Valentin* order, and provided the names, shield numbers and service addresses of the John Doe and Jane Doe officers identified in Plaintiff's original complaint, as well as the name and service address of the John Doe physician. *See* ECF Nos. 13, 20.

Plaintiff is hereby ORDERED to file an amended complaint naming the identified individuals by **January 5, 2024**. The Clerk of Court is directed to mail a copy of this Order as well as a copy of this Court's original *Valentin* order and the attached amended complaint form (ECF No. 7) and Defendant's *Valentin* responses (ECF Nos. 13 and 20), to the Plaintiff at his most recent address, Great Meadow Correctional Facility, Box 51, Comstock, New York, 12821.

Dated: December 1, 2023
           New York, New York

                                                                        SO ORDERED.

                                                                        *Jessica Clarke*
                                                                        JESSICA G. L. CLARKE
                                                                        United States District Judge