UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL FREDRICKS,

                Plaintiff,

-v-

DR. LIONEL DESROCHAS; CAPTAIN LEMON; CORRECTION OFFICER WHITE, JR., Shield No. 8507; and CORRECTION OFFICER RITTER, in their individual capacities,

                Defendants.

CIVIL ACTION NO. 21 Civ. 8389 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 17, 2023, the Honorable J. Paul Oetken issued an Order stating that Defendants had provided pro se Plaintiff Nigel Fredricks ("Mr. Fredricks") with "the names, shield numbers and service addresses of the John Doe and Jane Doe officers identified in Plaintiff's original complaint, as well as the name and service address of the John Doe physician." (ECF No. 22 (the "Jan. 17 Order") (citing ECF Nos. 13; 20)).  The Jan. 17 Order granted Mr. Fredricks "leave to file an amended complaint naming the identified individuals."  (Id.)

On January 18, 2024, after the Court granted Plaintiff several extensions of time (ECF Nos. 23; 25; 28–29; 31; 33), Plaintiff filed the Second Amended Complaint.  (ECF No. 36 (the "SAC"); see ECF No. 33).  The SAC names as Defendants "Dr. Lionel Desrochas"; "Captain Lemon"; "Correction Officer White, Jr."; and "Correction Officer Ritter," in their individual capacities (collectively, the "Individual Defendants").  (ECF No. 36 at 1).

By **February 9, 2024**, counsel of record for the City of New York shall file a letter on the docket confirming whether it represents the Individual Defendants, any or all of them, and

whether the Individual Defendants have been served with the SAC.  If they have not been served, counsel shall confirm whether the Individual Defendants will either (i) waive service of the SAC, or (ii) agree that the Office of the Corporation Counsel may accept service on their behalf.

Dated:    New York, New York
          February 2, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge