UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL FREDRICKS,

               Plaintiff,

  -v-

DR. LIONEL DESROCHAS; CAPTAIN LEMON; CORRECTION OFFICER WHITE, JR., Shield No. 8507; and CORRECTION OFFICER RITTER, in their individual capacities,

               Defendants.

CIVIL ACTION NO. 21 Civ. 8389 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 8, 2024, the Court received a letter dated October 31, 2024 from pro se Plaintiff Nigel Fredricks ("Mr. Fredricks"), who requests that the Court "dismiss this action entirely from the docket[.]" (ECF No. 76 (the "Oct. 31 Letter")). The Court construes the Oct. 31 Letter as a notice of voluntarily dismissal filed under Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1] Mr. Fredricks' request that this action be dismissed renders Defendants' pending Motions to Dismiss (ECF Nos. 55, 70) moot, and the Court will therefore administratively terminate those motions through this Order. See LeFevre v. Fishers Island Ferry Dist., No. 17 Civ. 1065 (VAB), 2018 WL 3025039, at *3 (D. Conn. June 18, 2018) ("In light of Mr. LeFevre's voluntary dismissals of the Town of Southold and the Individual Defendants, both motions to dismiss are now moot."); Williams v. Cmty. Solutions, Inc., 932 F. Supp. 2d 323, 327 (D. Conn. 2013) (noting that the voluntary dismissal of a defendant "render[s] the motion to dismiss moot").

---

[1] Separate from this Order, the undersigned will issue a Report and Recommendation recommending that this action be dismissed in line with Mr. Fredricks' request.

The Clerk of Court is respectfully directed to (1) mail a copy of this Order to Mr. Fredricks and (2) administratively terminate Defendants' pending Motions to Dismiss (ECF Nos. 55, 70).

Dated:     New York, New York
           November 12, 2024

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        United States Magistrate Judge