UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NIGEL V. FREDRICKS,

                Plaintiff,                            21 **CIVIL** 8389 (JGLC)

      -against-                                  **JUDGMENT**

DR. LIONEL DESROCHAS, et al.,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 4, 2025, the Report and Recommendation is ADOPTED in its entirety, and this action is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the case is closed.

**Dated:** New York, New York
          April 7, 2025

                                                            **TAMMI M. HELLWIG**

                                                                  **Clerk of Court**

                              **BY:**

                                                                  **Deputy Clerk**