UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL FREDRICKS,

                Plaintiff,

-v-                                                CIVIL ACTION NO. 21 Civ. 8389 (JGLC) (SLC)

DR. LIONEL DESROCHAS; CAPTAIN LEMON;
CORRECTION OFFICER WHITE, JR., Shield No.           **ORDER**
8507; and CORRECTION OFFICER RITTER, in their
individual capacities,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On April 4, 2025, the Honorable Jessica G.L. Clarke adopted the undersigned's November 12, 2024 Report and Recommendation recommending that this case be dismissed without prejudice in light of pro se Plaintiff Nigel Fredricks' ("Mr. Fredricks") notice of voluntary dismissal. (ECF No. 79). On April 24, 2025, Mr. Fredricks filed a letter containing the following language: "I am writing asking may you please further proceed with the latest order dismissed without prejudice on report and recommendation re-open the case and let's proceed ASAP." (ECF No. 81).

It appears that Mr. Fredricks is requesting that this case be reopened, but this is not entirely clear. Accordingly, by **Friday, May 9, 2025**, Mr. Fredricks shall file an additional letter clarifying his request. Specifically, Mr. Fredricks should explicitly state whether he wishes for this case to be reopened or not. If Mr. Fredricks wants this case reopened, he should state, "Please reopen this case." If Mr. Fredricks wants some other form of relief, he should state exactly what he wants from the Court or Defendants.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Fredricks.

Dated:     New York, New York
           April 28, 2025

SO ORDERED.

*Sarah Cave*
_____
**SARAH L. CAVE**
**United States Magistrate Judge**
