UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL FREDRICKS,

                Plaintiff,

  -v-

DR. LIONEL DESROCHAS; CAPTAIN LEMON; CORRECTION OFFICER WHITE, JR., Shield No. 8507; and CORRECTION OFFICER RITTER, in their individual capacities,

                Defendants.

CIVIL ACTION NO. 21 Civ. 8389 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 28, 2025, the Court issued an Order asking Plaintiff Nigel Fredricks to clarify his request within his letter dated April 16, 2025 at ECF No. 81 (ECF No. 82). To date, the Court has not received any communication from Mr. Fredricks. Therefore, the Court GRANTS Mr. Fredricks a sua sponte extension to file a clarification letter by **Thursday, May 22, 2025**. As a reminder, Mr. Fredricks should explicitly state whether he wishes for this case to be reopened or not. If Mr. Fredricks wants this case reopened, he should state, "Please reopen this case." If Mr. Fredricks wants some other form of relief, he should state exactly what he wants from the Court or Defendants.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Fredricks.

Dated:    New York, New York
            May 15, 2025

                                          SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge