UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL FREDRICKS,

                Plaintiff,

-v-                                    CIVIL ACTION NO. 21 Civ. 8389 (JGLC) (SLC)

DR. LIONEL DESROCHAS; CAPTAIN LEMON;        **ORDER**
CORRECTION OFFICER WHITE, JR., Shield No.
8507; and CORRECTION OFFICER RITTER, in their
individual capacities,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On June 9, 2025, the Court issued an Order directing plaintiff Nigel Fredericks ("Mr. Fredericks") to file an Amended Complaint correcting the deficiencies highlighted in Defendants' Motion to Dismiss. (ECF No. 86 ("the June 9 Order")). Although Mr. Fredericks filed two letters on June 17, 2025, to date, he has failed to comply with the June 9 Order. Therefore, the Court GRANTS Mr. Fredricks a sua sponte extension to file an amended complaint by **Wednesday, July 2, 2025.** As a reminder, the amended complaint must address the defects in Mr. Fredericks's original complaint as highlighted by Defendants in their Motion to Dismiss. (See ECF Nos. 70-74). Plaintiff is again WARNED that failure to comply with this Order may result in dismissal of this action for failure to prosecute under Federal Rule of Civil Procedure 41(b).

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Fredricks.

Dated:       New York, New York
                June 25, 2025

                                                  SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge