UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL V. FREDRICKS,

                        Plaintiff,

-against-

CORRECTION OFFICER JOHN DOE, et al.,

                        Defendants.

21-CV-8389 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On October 8, 2021, Plaintiff Nigel Fredricks filed this action, *pro se*, alleging violations of his constitutional rights while incarcerated on Rikers Island. ECF No. 1. On September 9, 2025, Magistrate Judge Sarah L. Cave issue a Report and Recommendation advising dismissal without prejudice for failure to prosecute. ECF No. 90.

In recognition of the barriers faced by incarcerated, *pro se* plaintiffs and the Court's concern that Mr. Fredricks may not be fully informed about the implications of dismissal (*see* ECF No. 88, discussing the prospect of settlement after the case was dismissed and closed), the Court is hereby EXTENDING the deadline to object to the Report and Recommendations at ECF No. 90 to **December 15, 2025**. If Mr. Fredricks fails to object or otherwise request an extension by that date, the Court may adopt Judge Cave's Report and Recommendation and dismiss this action.

The Clerk of Court is respectfully directed to mail a copy of this order and the Report and Recommendation at ECF No. 90 to Mr. Fredricks.

Dated: October 21, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge